UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

D-1 OLUWASHEUN AKOREDE,

                    Defendant.
                                                /

CRIM. NO. 10-20316

HON. PATRICK J. DUGGAN

## ORDER

Upon the facts alleged by the United States in its motion, and the Court being fully advised in the premises:

IT IS ORDERED, ADJUDGED AND DECREED that the Clerk of the Court issue a Warrant of Arrest to the United States Marshal and that the United States Marshal take into custody the said defendant in accordance with the law, and the he be brought before this Court forthwith for such proceedings as the Court may determine.

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Entered:  January 26, 2011